UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>                Plaintiff,<br><br>        v.<br><br>C. PFEIFFER,<br><br>                Defendant. | Case No. 1:20-cv-00998-SKO (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(Doc. 9) |

On July 27, 2020, the Court granted Plaintiff's application to proceed *in forma pauperis* (IFP). (Docs. 2, 7.) On August 10, 2020, Plaintiff filed a second application to proceed *in forma pauperis*. (Doc. 9.) Because Plaintiff already has IFP status, the Court DISREGARDS his second application as moot.

IT IS SO ORDERED.

Dated:     **August 11, 2020**                        /s/ *Sheila K. Oberto*            
                                                                UNITED STATES MAGISTRATE JUDGE