UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br><br>         Plaintiff,<br><br>     v.<br><br>C. PFEIFFER,<br><br>         Defendant. | No. 1:20-cv-00998-NONE-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, REVOKING *IN FORMA PAUPERIS* STATUS, AND DIRECTING PAYMENT OF FILING FEE<br><br>(Doc Nos. 7, 15)<br><br>30-DAY DEADLINE |

Plaintiff Ricardo Martinez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 27, 2020, the assigned magistrate judge issued an order granting plaintiff's motion to proceed *in forma pauperis* ("IFP"), pursuant to 28 U.S.C. § 1915, and directing the California Department of Corrections and Rehabilitation ("CDCR") to collect the required filing fee payments from plaintiff's inmate trust account and to forward them to the Clerk of the Court. (Doc. No. 7.)

On January 5, 2021, the magistrate judge issued findings and recommendations, recommending that plaintiff's IFP status be revoked because, prior to filing suit, plaintiff had accrued more than three "strike" dismissals under 28 U.S.C. § 1915(g). (Doc. No. 15.) The magistrate judge further found that the allegations in plaintiff's complaint fail to show that he was

1    under imminent danger of serious physical injury at the time he filed suit.  (*Id.* at 2.)  The findings
2    and recommendations were served on plaintiff and provided that any objections thereto may be
3    filed within 14 days.  (*Id.* at 3.)  Plaintiff filed timely objections on January 21, 2021.  (Doc. No.
4    18.)

5         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
6    *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's
7    objections, the court finds the findings and recommendations to be supported by the record and
8    proper analysis.  The magistrate judge correctly found that five of plaintiff's prior cases were
9    dismissed for failure to state a claim on which relief can be granted, and thus count as strike
10   dismissals under § 1915(g).  (Doc. No. 15 at 2.)  The magistrate judge also correctly found that
11   the allegations of plaintiff's complaint fail to show that he was under imminent danger of serious
12   physical injury at the time he filed his complaint in this action.  (*Id.*)

13        In his objections, plaintiff does not dispute the magistrate judge's findings that his prior
14   dismissals are strikes.  (*See* Doc. No. 18.)  Instead, Plaintiff attaches to his objections "documents
15   and information to show that [he] was and [is] still . . . in[] imminent danger."  (*Id.*)  Some of the
16   documents are related to the allegations in plaintiff's complaint and some are not.  (*Compare*
17   Doc. No 1 at 4-5, 10-16 *with* Doc. No. 18 at 3-18.)  However, none of the documents
18   meaningfully refute the magistrate judge's finding that the allegations of the complaint, which
19   describe alleged incidents occurring from 2011 to April of 2020, fail to show that plaintiff was
20   under imminent danger at the time he initiated this action on July 20, 2020.

21        Accordingly,
22        1. The findings and recommendations issued on January 5, 2021 (Doc. No. 15) are
23           adopted in full;
24        2. Plaintiff's *in forma pauperis* status is revoked;
25        3. The magistrate judge's July 27, 2020 order granting plaintiff's motion to proceed *in*
26           *forma pauperis* and directing CDCR to collect filing fee payments from plaintiff's
27           inmate trust account (Doc. No. 7) is vacated;
28   /////

4. <u>Within 30 days</u> of the date of service of this order, plaintiff shall pay the filing fee of $402 in full to proceed with this action;

5. Failure to pay the filing fee in full within the time provided will result in dismissal of this action; and,

6. The Clerk of the Court is directed to serve a copy of this order on CDCR and on the Financial Department of the U.S. District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated:   **March 3, 2021**                    /s/ Dale A. Drozd
                                              UNITED STATES DISTRICT JUDGE